Prob 49

**FILED BY CLERK OF COURT**

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Mitchell Kip Helling

Docket No. 0:02CR00015-003

## HEARING WAIVER

I, Mitchell Kip Helling, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my TSR supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall abstain from the use of alcohol and other intoxicants.

The defendant shall participate in a remote alcohol monitoring program for a period of 60 days. The defendant will be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

Signed: [signature]
Mitchell Kip Helling

Witness: [signature]

Dated: 7/26/07

SCANNED
AUG 07 2007
U.S. DISTRICT COURT MPLS