RECEIVED
AUG 31 2007
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Mitchell Kip Helling**

**Docket No. 0:02CR00015-003(MJD)**

**Petition on Supervised Release**

COMES NOW **Craig A. Madson**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Mitchell Kip Helling** who was sentenced for Conspiracy to Distribute and Possession with Intent to Distribute in Excess of 100 Kilograms of Marijuana on March 18, 2003, by the Honorable Michael J. Davis, who fixed the period of supervision at 4 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Drug aftercare and substance abuse testing

60 days remote alcohol monitoring and alcohol abstinence (modified July 26, 2007)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants.

On August 22, 2007, Mr. Helling submitted a preliminary breath test resulting in a blood-alcohol concentration of .063 percent.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall participate in a remote alcohol monitoring program for a period of 30 days. This term is in addition to the 60-day period of remote alcohol monitoring previously ordered on July 26, 2007. The

SCANNED
SEP 04 2007
U.S. DISTRICT COURT MPLS

defendant will be responsible for the costs. The defendant shall remain at home from the hours of 9:00 p.m. until 6:00 a.m. the following day for the purposes of alcohol testing.

ORDER OF THE COURT

Considered and ordered this 31 day of Aug, 2007, and ordered filed and made a part of the records in the above case.

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Craig A. Madson
U.S. Probation Officer
Telephone: 612-664-5366

Executed on August 29, 2007
Place Minneapolis

Approved:

John G. Baskfield
Supervising U.S. Probation Officer

c: United States Sentencing Commission